1  Daniel E. Becnel, Jr.
   Becnel Law Firm, L.L.C.
2  106 West Seventh Street
   P.O. Drawer H
3  Reserve, LA 70084-2095
   Telephone: (985) 536-1186
4  Facsimile: (985) 536-6445
   Attorneys for Plaintiffs
5

**FILED**

**JUL 2 7 2010**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

6

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12  IN RE: BEXTRA AND CELEBREX              **Case No.: 06-3527 CRB**
    MARKETING SALES PRACTICES AND
13  PRODUCT LIABILITY LITIGATION            **MDL NO. 1699**
                                            **District Judge:  Charles R. Breyer**
14

15  James Barber, et al.,

16                          Plaintiffs      **STIPULATION AND ORDER OF**
                                            **DISMISSAL WITH PREJUDICE**
17     vs.

18  Pfizer Inc,

19                          Defendant.

20

21

22  Come now the Plaintiff, James Barber, in the above-entitled action and Defendant, by and

23  through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and

24  hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein

25

26

27

28

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

only with each side bearing its own attorneys' fees and costs.


DATED: July 22, 2010          By: _____

**BECNEL LAW FIRM, L.L.C.**
106 West Seventh Street
P.O. Drawer H
Reserve, LA 70084-2095
Telephone: (985) 536-1186
Facsimile: (985) 536-6445

*Attorneys for Plaintiffs*


DATED: July 22, 2010          By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone:  (212) 335-4500
Facsimile:  (212) 335-4501

*Defendants' Liaison Counsel*


**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED.**


Dated: July 23, 2010          _____
                              Hon. Charles R. Breyer
                              United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**